# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RANDALL C. CHANEY**                                                                                         **PLAINTIFF**
**ADC #162905**

**v.**                           **Case No. 5:17-cv-00165-KGB**

**WILLIAM STRAUGHN,** *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has received Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 45). No objections to the Findings and Partial Recommendation have been filed, and the time for filing objections has passed. After review, this Court adopts the Findings and Partial Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 45). The Court grants in part and denies in part defendants' motion for judgment on the pleadings (Dkt. No. 20). Judgment in favor of defendants is granted on plaintiff Randall C. Chaney's claims for money damages against defendants in their official capacities. The Court dismisses those claims with prejudice. The Court denies the remainder of defendants' motion for judgment on the pleadings.

The Court has also received Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 60). No objections to the Findings and Recommendation have been filed, and the time for filing objections has passed. After review, this Court adopts the Findings and Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 60). The Court grants defendants' motion for summary judgment (Dkt. No. 51). The Court hereby dismisses without prejudice Mr. Chaney's complaint alleging failure-to-protect claims based on defendants' alleged knowledge of the risk to Mr. Chaney prior to the February and March 2017 attacks (Dkt. No. 1). Those claims against defendants are dismissed

without prejudice for Mr. Chaney's failure to exhaust his administrative remedies. Having dismissed all of Mr. Chaney's claims, the Court denies Mr. Chaney's request for relief.

It is so ordered this 20th day of March, 2018.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge