# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RANDALL C. CHANEY                                                                    PLAINTIFF
ADC #162905

v.                          Case No. 5:17-cv-00165-KGB

WILLIAM STRAUGHN, *et al*.                                                        DEFENDANTS

## JUDGMENT

Consistent with the Order entered in this matter on this date, the Court grants in part and denies in part defendants' motion for judgment on the pleadings (Dkt. No. 20). The Court dismisses with prejudice plaintiff Randall C. Chaney's claims for money damages against defendants in their official capacities. The Court also grants defendants' motion for summary judgment (Dkt. No. 51). The Court dismisses without prejudice Mr. Chaney's remaining claims against all defendants for failure to exhaust his administrative remedies.

So adjudged this 20th day of March, 2018.

Kristine G. Baker
United States District Judge